AUSA: KATHERINE R. GOLDSTEIN (212) 637-2641


ORIGINAL

CR 12 (Rev. 6/82)

## WARRANT FOR ARREST

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
v.
DANIEL FORBES

DOCKET NO.: S3 06 CRIM 1089

MAGISTRATE'S CASE NO.:

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:
DANIEL FORBES

WARRANT ISSUED ON THE BASIS OF:
X Indictment   ☐ Order of Court   ☐ Information   ☐ Complaint

DISTRICT OF ARREST:

TO: ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:

### DESCRIPTION OF CHARGES

Conspiracy to commit mortgage fraud on federally-insured banks

IN VIOLATION OF | UNITED STATES CODE TITLE: 18 | SECTION: 1344, 1349

BAIL: | OTHER CONDITIONS OF RELEASE:

ORDERED BY: HON.

SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)

DATE ORDERED: 11/29/2007

CLERK OF COURT: J. MICHAEL McMAHON

(BY) DEPUTY CLERK

DATE ISSUED:

### RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED:

DATE EXECUTED: 2/3/07

NAME AND TITLE OF ARRESTING OFFICER: Michael Lewis, FBI Special Agent

SIGNATURE OF ARRESTING OFFICER:

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.