**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA
against

DANIEL FORBES

(Alias) _____

_____

Please PRINT Clearly

---

S(3) 06 CR 1089 (BSJ)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   **CLERK OF COURT S.D.N.Y.**

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)    FOR BAIL / INITIAL APPEARANCE ONLY

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR. 2003

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

12/3/07

SIGNATURE _Martin G_____
PRINT THE FOLLOWING INFORMATION CLEARLY

Daniel Forbes
Attorney for Defendant

Dechert LLP
Firm name if any

30 Rockefeller Plaza
Street address

New York          NY          11215
City               State       Zip

212-698-3500
Telephone No

NOTE:  PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186