# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

───────────────────────────────────────────────

Leonard F. Joy
*Executive Director*



Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

December 20, 2007



**By Hand Delivery**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Daniel Forbes**
06 Cr. 1089 (BSJ)

Dear Judge Jones:

Our office represents Daniel Forbes in the above-captioned case. On December 3, 2007, Judge Maas imposed the following bail conditions: a $500,000 personal recognizance bond signed by two financially responsible persons, travel restricted to the Eastern and Southern Districts of New York, the District of New Jersey, and the District of Connecticut, strict pre-trial services supervision with drug testing and surrender of all travel documents with no new applications. Mr. Forbes is currently out on bail.

<u>I write to request a temporary modification of Mr. Forbes's bail conditions</u>. Mr. Forbes would like permission to travel to the District of Hawaii from December 23, 2007 through January 1, 2008. This family trip was planned and paid for in July of 2007. I have spoken with Assistant United States Attorney Katherine Goldstein, and the Government consents to this modification.

If this request meets with your Honor's approval, I ask that this letter be endorsed as an Order.

Respectfully submitted,

Peggy Cross
Assistant Federal Defender
Tel.: (212) 417-8732

*Application granted. Defendant's bail conditions are modified to allow him to travel to Hawaii from December 23, 2007 to January 1, 2008. All other bail conditions remain unchanged.*

**SO ORDERED:**

HONORABLE BARBARA S. JONES
United States District Judge
Southern District of New York

12/30/07

cc: (via fax) Katherine Goldstein, Assistant United States Attorney