AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

**APPEARANCE**

Case Number: 06 Cr. 1089

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Daniel Forbes, Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/15/2008 | *[signature]* |
| Date | Signature |
| | Peggy M. Cross     PC-7231 |
| | Print Name     Bar Number |
| | Federal Defenders of NY, Inc., 52 Duane Street, 10th Floor |
| | Address |
| | New York     NY     10007 |
| | City     State     Zip Code |
| | (212) 417-8732     (212) 571-0392 |
| | Phone Number     Fax Number |