```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: PS 8 (8/88)
DATE FILED: 2/13/08
```

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. Forbes, et al              Docket No. 06- CR.-1089-5

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, who was placed under pretrial release supervision by the Honorable Frank Maas sitting in the Court at Southern District of New York, on 12/03/07, under the following conditions: a $500,000 personal recognizance bond cosigned by two financially responsible persons, strict PSA supervision to include drug testing, drug treatment deemed appropriate by PSA, surrender of travel documents, and travel restricted to the Southern and Eastern Districts of New York, District of Connecticut, District of New Jersey, and the Eastern District of Pennsylvania. The Court also ordered that the defendant be randomly drug tested for a month and if the results are negative, this condition can be removed.

Subsequent to the Court order regarding drug testing and treatment, the defendant advised that he has had a past history of marijuana use. The defendant also indicated that he was taking Oxycodone for his back, but he advised that his prescription was over six months old. Upon inspection of the defendant's prescription bottle, it revealed that bottle prescription date was greater than a year.

Pretrial Services respectfully requests that the defendant's bail be modified to continue the random drug testing under the guidance of Pretrial Services for an additional ninety (90) days. If after 90 days, all urine specimens prove negative, the condition of drug test / treatment can be removed.

PRAYING THAT THE COURT WILL ORDER

ORDER OF COURT            Respectfully,

Considered and ordered this 13Th day of February, 2008 and ordered filed and made a part of the records in the above case.

Vincent B. Adams,
U.S. Pretrial Services Officer

_____
U.S. Magistrate Judge Frank Maas

Reviewed by

Margaret Smusz Cendagorta
Supervising Pretrial Services Officer

Date: February 11, 2008

*Please send us a copy of his form if it is signed, so that we can update the defendant's record.