# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*



Southern District of New York
John J. Byrnes
Attorney-in-Charge

February 28, 2008

**By Hand Delivery**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



**Re:  United States v. Daniel Forbes**
     06 Cr. 1089(BSJ)

Dear Judge Jones:

   I write on behalf of my client in the above-referenced case, Daniel Forbes, to request a modification of his bail conditions to permit him to travel to Schenectady on Sunday March 2, 2008.

   As I explained to the Court during our last conference, Mr. Forbes's father-in-law resides in an assisted living facility in Schenectady. One of Mr. Forbes's daughters will be home from college this weekend and the family would like to go visit Mr. Forbes's father-in-law this Sunday, March 2, 2008. The family will return home to Rye Brook the same day.

   Katherine Goldstein, the Assistant United States Attorney assigned to Mr. Forbes's case, has informed me that the government consents to this request.



If this request meets with your Honor's approval, I ask that this letter be endorsed as an Order.

Respectfully submitted,

Peggy Cross
Assistant Federal Defender
Tel.: (212) 417-8732

*Application granted. Defendants bail conditions are modified to allow him to travel to Schenectady on March 2, 2008. All other bail conditions remain in effect.*

**SO ORDERED:**

*Barbara S. J*

**HONORABLE BARBARA S. JONES**
United States District Judge
Southern District of New York

cc: (via fax) Katherine Goldstein, Assistant United States Attorney