# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

April 18, 2008

**VIA FACSIMILE**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/18/08

Re: **United States v. Daniel Forbes**
    06 Cr. 1089 (BSJ)

Dear Judge Jones:

   I write on behalf of my client in the above-referenced case, Daniel Forbes, to request a modification of his bail conditions to permit him to travel to Schenectady on April 19 and 20, 2008.

   As I explained to the Court during our conference on January 18, Mr. Forbes's father-in-law resides in an assisted living facility in Schenectady. He suffered a heart attack earlier this week and Mr. Forbes would like to accompany his wife to visit her father this weekend.

   Assistant United States Attorney Katherine Goldstein has informed me that the government consents to this request.

   If this request meets with your Honor's approval, I ask that this letter be endorsed as an Order.

Respectfully submitted,

Peggy Cross
Assistant Federal Defender
Tel.: (212) 417-8732

Application granted.
**SO ORDERED:**

HONORABLE BARBARA S. JONES
United States District Judge
Southern District of New York
4/18/08

cc: AUSA Katherine Goldstein

TOTAL P.002