# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

April 24, 2008

**VIA FACSIMILE**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: United States v. Daniel Forbes**
   **06 Cr. 1089 (BSJ)**

Dear Judge Jones:

    I write on behalf of my client in the above-referenced case, Daniel Forbes, to request a modification of his bail conditions to permit him to travel to Schenectady on April 26 and 27, 2008, to visit his ailing father-in-law.

    Assistant United States Attorney Katherine Goldstein has informed me that the government consents to this request.

    If this request meets with your Honor's approval, I ask that this letter be endorsed as an Order.

Respectfully submitted,

Peggy Cross
Assistant Federal Defender
Tel.: (212) 417-8732

*Application granted. Defendant's bail conditions are modified to allow him to travel to Schenectady from April 26 to April 27, 2008. All other bail conditions remain in effect.*

**SO ORDERED:**

**HONORABLE BARBARA S. JONES**
United States District Judge
Southern District of New York

4/25/08

cc: AUSA Katherine Goldstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 4/28/08