```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
UNITED STATES OF AMERICA,                : S4: 06 CR. 1089  (BSJ)
                                         :
                                         :        ORDER
           -v-                           :
                                         :
DOMENICK DeVITO,                         :
LOUIS CORDASCO,                          :
JOHN LISCIO,                             :
ROBERT DiDONATO,                         :
                                         :
                Defendants.              :
------------------------------------- X
BARBARA S. JONES,
United States District Judge:


    IT IS HEREBY ORDERED that a status conference for all defendants will be held on May 7, 2008 at 3:00PM in Courtroom 18B.


    SO ORDERED.

Dated:   New York, New York
         April 30, 2008

                              _____
                              HON. PAUL A. CROTTY, U.S.D.J.
                                   For BARBARA S. JONES,
                              United States District Judge