

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2008

**By Facsimile**
Honorable Barbara S. Jones
United States Courthouse
500 Pearl Street, Rm. 620
New York, NY
Fax: (212) 805-6191

      Re:     **United States v. DeVito, et al.**
             **S4 06 Cr. 1089 (BSJ)**

Dear Judge Jones:

      The Government respectfully submits this letter to request a one-week extension of time in which to file the Government's responses to the defendants' pre-trial motions in the above-captioned matter.

      The Court's initial scheduling order called for the defendants' pre-trial motions relating to a bill of particulars to be filed by May 21, 2008. Subsequently, defense counsel asked for, and the Court granted, a one-week extension until May 27, 2008 for the filing of defense motions. The Government's response was, therefore, due today, June 3, 2008. The Government hereby requests a six-day extension, until Monday, June 9, 2007, within which to file its response. If the Court approves the extension, defense replies would be due Friday, June 13, 2008, with oral argument to be scheduled at a time convenient for the Court.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

*Application granted*

SO ORDERED _____  By: _____
Dated:  BARBARA S. JONES  Katherine R. Goldstein
    6/4/08  U.S.D.J.  Assistant United States Attorney
                 (212) 637-2641

cc:  all defense counsel (by facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08